**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| MAKEITHA KEITH CHRISTON, JR., | NO. CV 17-04996-SVW (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CHRISTIAN PFEIFFER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____December 19, 2017_____.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE